STEVENS INSTITUTE OF TECHNOLOGY, APPELLANT, v. STATE BOARD OF TAXES AND ASSESSMENT ET AL., RESPONDENTS.

Argued February 4, 1926—Decided April 1, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 1094.

For the appellant, *John Milton.*

For the respondents, *Edward L. Katzenbach* and *Horace L. Allen.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion *per curiam* in the Supreme Court.

*For affirmance*—PARKER, KALISCH, BLACK, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ.   10.

*For reversal*—None.